UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

   UNITED STATES OF AMERICA,      :
                                      :
                                      :

           -against-                :
                                      :                15-CR-153 (VSB)
                                      :

   DEAN JONES, et al.,              :                   **ORDER**
                                      :
                     Defendants.  :

--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2020

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of Defendant Kaheim Allums's motion for compassionate release filed on June 15, 2020.  (Doc. 667.)  Accordingly, it is hereby:

     ORDERED that the Government is directed to file opposition to the motion, if any, on or before June 26, 2020.

     IT IS FURTHER ORDERED that Defendant shall file any reply papers on or before July 3, 2020.

SO ORDERED.

Dated:    June 16, 2020
          New York, New York

Vernon S. Broderick
United States District Judge