# SHER TREMONTE LLP

July 1, 2020

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon S. Broderick
**VERNON S. BRODERICK
U.S.D.J.** 7/9/2020

Re: *United States v. Kaheim Allums*, 15 Cr. 153 (VSB)

Dear Judge Broderick:

    We write, on behalf of our client, Kaheim Allums, to respectfully request a ten-day extension of time in which Mr. Allums shall file his reply papers in connection with his motion for compassionate release, which is currently due on June 3, 2020. The adjournment will afford defense counsel the additional time needed to contact Mr. Allums's family and friends in order to collect further information concerning his medical conditions and release plan. We have conferred with the government, which consents to the request.

    Accordingly, we respectfully request that the Court grant Mr. Allums's request for extension of time, until Monday, June 13, 2020, to file his reply brief in connection with his motion for compassionate release.

    Respectfully submitted

    /s/
    Michael Tremonte
    Heather Han

    *Attorneys for Kaheim Allums*

cc: AUSA Maurene Comey
     AUSA Thomas McKay
     AUSA Jason Swergold