UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

KAHEIM ALLUMS,

                                      Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

15-CR-153 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      It has come to my attention that the transcript of proceedings of the sentencing of Kaheim Allums ("Allums"), held on August 20, 2018, has not been publicly filed on the docket. On November 28, 2017, I denied Defendant's motion to seal the transcript of proceedings of Allums's guilty plea as Allums did not cooperate with the Government, and there was no basis to seal the transcript. I find similarly here. If either party has an objection to publicly filing the transcript of proceedings of the sentencing of Kaheim Allums, they are directed to file a letter explaining the basis for the objection on or before August 27, 2020.

SO ORDERED.

Dated:    August 24, 2020
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge